# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-five.

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 21-2876 |
| v. | |
| Lauranne Christov, | |
|     Interested Party- Appellant. | |

_____

    By order dated April 28, 2022, the Court held this appeal in abeyance until the district court resolves all third-party claims to the forfeited assets or certifies that there is no just reason for delay of this appeal. In a letter dated November 26, 2024, Appellant informs the Court that all third-party claims to the forfeited assets have now been resolved. Upon consideration thereof,

    IT IS HEREBY ORDERED that this appeal is lifted out of abeyance. Appellant's motion for leave to proceed in forma pauperis will be determined by a three-judge panel in the normal course.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02-12-2025